IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MARTIN A. NANNA,**

      **Plaintiff,**

**v.**                                          **No. CIV-15-0868 MCA/LAM**

**CNG RANCH, LLC,**

      **Defendant.**

## SCHEDULING ORDER

In accordance with the Civil Justice Expense and Delay Reduction Plan adopted in compliance with the Civil Justice Reform Act, and pursuant to Title 28 U.S.C. § 473(a)(1), this case is assigned to a "standard" track classification. Accordingly, the termination date for discovery is **May 3, 2016,** and discovery shall not be reopened, nor shall case management deadlines be modified, except by an order of the Court upon a showing of good cause. These deadlines shall be construed to require that discovery be <u>completed</u> on or before the above date. Service of interrogatories or requests for production shall be considered timely only if the responses are due prior to the deadline. A notice to take deposition shall be considered timely only if the deposition takes place prior to the deadline. The pendency of dispositive motions shall not stay discovery.

Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **May 24, 2016.** *See* D.N.M. LR-Civ. 7 for motion practice requirements and timing of responses and replies. This deadline shall not be construed to extend the twenty-one (21) day time limit in D.N.M. LR-Civ. 26.6.

Plaintiff(s) shall identify to all parties in writing any expert witness to be used by Plaintiff(s) at trial, and shall provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) and/or

summary disclosures under Fed. R. Civ. P. 26(a)(2)(C), no later than **March 3, 2016.**  All other parties shall identify in writing any expert witness to be used by such parties at trial, and shall provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) and/or summary disclosures under Fed. R. Civ. P. 26(a)(2)(C), no later than **April 4, 2016.**

Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **June 14, 2016.**  *See* D.N.M. LR-Civ. 7 for motion practice requirements and timing of responses and replies.  Any pretrial motions, other than discovery motions, filed after the above dates shall, in the discretion of the Court, be considered untimely.

If documents are attached as exhibits to motions, affidavits or briefs, those parts of the exhibits that counsel want to bring to the attention of the Court must be highlighted in accordance with D.N.M. LR-Civ. 10.6.

Counsel are directed to file a consolidated final Pretrial Order as follows:  Plaintiff(s) to Defendant(s) on or before **September 6, 2016;** Defendant(s) to Court on or before **September 20, 2016.**  Counsel are directed that the Pretrial Order will provide that no witnesses except rebuttal witnesses whose testimony cannot be anticipated, will be permitted to testify unless the name of the witness is furnished to the Court and opposing counsel no later than thirty (30) days prior to the time set for trial.  Any exceptions thereto must be upon order of the Court for good cause shown.

Plaintiff(s) allowed until **January 4, 2016** to move to amend the pleadings and until ten days after a ruling granting that motion to join additional parties in compliance with the requirements of Fed. R. Civ. P. 15(a), which may require the opposing party's written consent or leave of Court; and Defendant(s) allowed until **February 4, 2016** to move to amend the pleadings and until ten days after a ruling granting that motion to join additional parties in compliance with

the requirements of Fed. R. Civ. P. 15(a), which may require the opposing party's written consent or leave of Court.

A Settlement Conference will be set for **February 26, 2016 at 9:30 a.m., in Las Cruces, New Mexico.**

**IT IS SO ORDERED**.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**